KEITH E. EGGLETON, State Bar No. 159842
Email: keggleton@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email: rstrickland@wsgr.com
LUKE A. LISS, State Bar No. 247520
Email: lliss@wsgr.com
PHILIP K. RUCKER, State Bar No. 281318
Email: prucker@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Defendants
Netflix, Inc., Reed Hastings and David Wells

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN SCHULTHES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>            Plaintiff,<br><br>     v.<br><br>NETFLIX, INC., REED HASTINGS AND DAVID WELLS,<br><br>            Defendants. | CASE NO.:  3:13-cv-00712-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO CLASS ACTION COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** |

1    WHEREAS, plaintiff Martin Schulthes ("Plaintiff") filed a purported Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") against defendants Netflix, Inc., Reed Hastings, and David Wells (collectively, "Defendants") in the above-entitled matter on February 19, 2013;

WHEREAS, based on the date on which the Complaint was served, Defendants' response to the Complaint currently is due on or before April 22, 2013;

WHEREAS, pursuant to the Court's February 19, 2013 Order Setting Initial Case Management Conference and ADR Deadlines, the Initial Case Management Conference is scheduled for May 23, 2013;

WHEREAS, the Complaint sets forth claims under the federal securities laws that are subject to the procedural requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), including those set forth in 15 U.S.C. § 78u-4;

WHEREAS, the PSLRA requires that, after filing a securities class action, the plaintiff must give notice of the action to allow other interested shareholders the opportunity to file motions for appointment as lead plaintiff (*see* 15 U.S.C. § 78u-4(a)(3)) and, thereafter, that the Court appoint a lead plaintiff;

WHEREAS, to avoid unnecessary expenditure of judicial resources or effort by the parties and the Court, counsel for Plaintiff and Defendants have agreed (1) that Defendants do not need to respond to the Complaint prior to the Court's appointment of lead plaintiff and (2) to continue the Initial Case Management Conference until after a lead plaintiff has been appointed to represent the alleged class.

NOW, THEREFORE, it is hereby stipulated and agreed by the undersigned counsel for Plaintiff and counsel for Defendants as follows:

1.    Defendants are not required to respond to the Complaint by April 22, 2013, or at any time prior to the Court's appointment of a lead plaintiff.

2.    After the appointment of lead plaintiff, counsel for the lead plaintiff and counsel for Defendants shall forthwith attempt to stipulate to and present to the Court for approval a

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANTS' TIME TO
RESPOND TO CLASS ACTION COMPLAINT AND
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO.: 3:13-cv-00712-EMC

-1-

schedule by which Defendants shall respond to the Complaint, or any amended complaint, as applicable.

3. The Initial Case Management Conference, currently scheduled for May 23, 2013, is hereby adjourned to such other date and time as this Court shall order.

Dated:  April 2, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

By:   /s/ Luke A. Liss
     Luke A. Liss
     lliss@wsgr.com

Attorneys for Defendants Netflix Inc., Reed Hastings and David Wells

*I, Luke A. Liss, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO CLASS ACTION COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the signatory below has concurred in this filing.*

Dated:  April 2, 2013

ROSENFARB LAW FIRM
825 Third Avenue, 4th Floor
New York, NY 10022
Telephone: (855) 255-1100

By:   /s/ Jorge A. Amador
     Jorge A. Amador
     jorge.amador@rosenfarblawfirm.com

Attorneys for Plaintiff Martin Schulthes

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANTS' TIME TO
RESPOND TO CLASS ACTION COMPLAINT AND
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO.: 3:13-CV-00712-EMC

-2-

1 **[PROPOSED] ORDER**

3   PURSUANT TO STIPULATION, IT IS SO ORDERED.  The CMC is rescheduled to 7/11/13 at 9:00 a.m.  A joint CMC Statement shall be filed by 7/5/13.

DATED: 4/8/13



Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANTS' TIME TO
RESPOND TO CLASS ACTION COMPLAINT AND
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO.: 3:13-CV-00712-EMC

-3-